## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIO ADRIAN VILLAREAL,<br><br>    Defendant. | Case No.: '21 MJ0142<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about November 8, 2020, within the Southern District of California, defendant MARIO ADRIAN VILLAREAL, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: Taurus 38 Special, serial # MF792404; in violation of Title 18, United States Code, Section 922(g)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

*Kari S. Harrison*
Kari S. Harrison
FBI Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 14th day of January, 2021.

_____
HON. ALLISON H. GODDARD
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On November 8, 2020, San Diego Police Department (SDPD) officers were on duty near 2600 Highland Avenue, City of San Diego, in the Southern District of California. The officer observed a vehicle, a four-door sedan, drive-by with a rear license plate but no front license plate. A records check by SDPD revealed the vehicle to be stolen as of October 26, 2020, out of El Cajon, CA.

The officers stopped the stolen vehicle and contacted the driver, K.S., and the passenger, MARIO ADRIAN VILLAREAL. The officers asked if there were any weapons or drugs in the vehicle and they stated ,"Yes."  VILLAREAL said he had a gun in a bag on his chest and K.S. said there was a gun underneath her seat. VILLAREAL and K.S. were safely removed from the vehicle and taken into custody and the two guns were secured. Inside the black bag removed from VILLAREAL's person was a fully loaded brown and silver .38 Taurus revolver, serial number MF792404. The revolver contained six loaded rounds. The handgun from underneath the seat was a fully loaded black handgun with no serial number on it. There were nine, 9mm rounds inside the magazine, which was fully seated in the handgun. A records check revealed that VILLAREAL had a prior conviction of Cal. Penal Code 29800(a)(1) – Felon in Possession of a Firearm.

A records check revealed no records of the Taurus revolver serial number MF792404 on file.

VILLAREAL and K.S. were taken to SDPD Headquarters where they agreed to be interviewed. A SDPD Detective interviewed VILLAREAL and VILLAREAL provided he did not know the vehicle was stolen. VILLAREAL stated, "I am taking the rap for the guns." VILLAREAL provided he had a revolver and a GLOCK 26, and he had just gotten the revolver and was planning on selling it. VILLAREAL noted his DNA would be found on both guns. VILLAREAL claimed he was an Eastside gang member.

A records check on VILLAREAL revealed that he had the following criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 07/28/2017 | California Superior Court – San Diego | Parole Violation & Cal. H&S Code 11378; Possession Controlled Substance for Sale | 6 years prison (Suspended) |
| 09/11/2019 | California Superior Court – San Diego | Cal. Penal Code 29800(A)(1); Felon in Possession, Cal. Vehicle Code 2800.2(A); Evade Peace Officer – Disregard Safety, Cal. | Prior sentence reinstated; and 16 months prison |

Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearms traveled in, and/or affected interstate commerce to arrive in the state of California.

*Kari S. Harrison*
_____
Kari S. Harrison
FBI Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 14th day of January, 2020, I find probable cause to believe that the defendant named in this two-page probable cause statement committed the offense on November 8, 2020, in violation of 18 U.S.C. § 922(g)(1).

*Allison H. Goddard*
_____
HON. ALLISON H. GODDARD
United States Magistrate Judge

4